IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CTP INNOVATIONS, LLC | § | |
| v. | § | Case No. 2:13-CV-484-JRG-RSP |
| | § | LEAD CASE |
| INTEGRACOLOR | § | |

**ORDER**

The Court hereby ORDERS that the stay in this case is LIFTED. The Court further ORDERS that counsel for the parties shall appear at a scheduling conference on February 6, 2014 at 10:00 a.m.

**SIGNED this 28th day of January, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE